**UNARCO MATERIALS STORAGE, Petitioner,**

v.

**TEILHABER MANUFACTURING COMPANY, a Colorado corporation, Respondent.**

**No. 90SC32.**

Supreme Court of Colorado, En Banc.

Jan. 18, 1991.

### ORDER OF COURT

BY THE COURT.

Upon consideration of the Record on Appeal, together with the Written and Oral Arguments of counsel,

IT IS ORDERED that the Writ of Certiorari be, and hereby is, DENIED as having been improvidently granted.